BEFORE THE THIRD DIVISION, OCTOBER 20, 1939

No. 42552.—Protest 961847–G of A. Grove Knutsen (San Francisco).

Opinion by EVANS, J. As the terms of the statute were not complied with the appraisement and liquidation were held void as claimed.

No. 42553.—Protests 766661–G, etc., of Cudahy Packing Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Locatelli v. United States (T. D. 49389) and Abstract 40880 it was held that an allowance should have been made in the dutiable weight of the cheese in question for the foreign substance on the outside.

No. 42554.—Protests 659462–G, etc., of Miglioretti Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1939

No. 42555.—Protests 991832–G, etc., of Goldfarb Novelty Co. et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) the paperweights in question were held to be household utensils and dutiable at 40 percent under paragraph 339 as claimed.

No. 42556.—Protests 679799–G, etc., of G. Albrecht Co. et. al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42557.—Protests 840488–G, etc., of Louis H. Arens et al. (Norfolk, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, OCTOBER 24, 1939

No. 42558.—Protests 906141–G, etc., of Antoine De Paris et al. (New York).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.